PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

OCT 2 6 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>Samsung, model Galaxy S8 (SM-G950U), IMEI: 355987082186841, Currently Located at Federal Bureau of Investigation, 2001 Freedom Way, Sacramento, California | CASE NO. 2:17-SW-808 AC<br><br>[PROPOSED] ORDER REGARDING MOTION TO UNSEAL SEARCH WARRANT |

The government's motion to unseal the Search Warrant and this case is GRANTED.

DATED: 10-26-2017

_____
Hon. Edmund F. Brennan
United States Magistrate Judge

1